```
 1  BENJAMIN B. WAGNER
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re Search Warrant, | ) MISC. NO. |
|---|---|
| **Any and all accounts associated with John Lee or Jinpu Li, johnlee200@hotmail.com, maintained at the offices of the Microsoft Corporation, 1 Microsoft Way, Redmond, WA 98052** | ) 2:10-sw-0120 DAD |

The United States hereby applies for an order sealing the Search Warrant Affidavit and related documents in this matter, as well as this Application for Sealing Order and Order, on the grounds stated in the attached declaration.

DATED: March 25, 2010

ROBIN R. TAYLOR
Assistant U.S. Attorney

1

## ORDER

The Court hereby orders that the Affidavit to the Search Warrant and related documents shall be sealed until further order of the Court or until the arrest of a defendant in this case, whichever comes first.

DATED: *March 26*, 2010

_____
HON. DALE A. DROZD
U.S. Magistrate Judge