BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED

SEP - 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE Search Warrants.

CASE NOS. 2:10-SW-00119 DAD;
2:10-SW-00120 DAD;
2:10-SW-00121 DAD; AND
2:10-SW-00330 KJN:

[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS

The Court hereby orders that the search warrants, supporting affidavit, and applications in Case Nos. 2:10-sw-00119 DAD; 2:10-sw-00120 DAD; 2:10-sw-00121 DAD; and 2:10-sw-00330 KJN:, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: 9/4/2015

_____
HON. KENDALL J. NEWMAN
United States Magistrate Judge

ORDER RE: REQUEST TO UNSEAL

1